**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA SPRATLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Commissioner, Social Security Adminstration,<br><br>        Defendant. | No. CV 12-9653-CW<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: October 21, 2013

                                              /s/ Carla M. Woehrle
                                              CARLA M. WOEHRLE
                                    United States Magistrate Judge